RECEIVED
MAY 26 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-2070 JCH |
| ) | |
| BRIAN D. HALL, et al., ) | |
| ) | |
| Defendants. ) | |

APPLICATION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff Ronald Jordan, appearing pro se, hereby presents this application for writs of habeas corpus ad testificandum for the following witnesses:

Gregory Hill, Reg. No. 169814:

Potosi Correctional Center, 11593 State Highway O, Mineral Point, Missouri 63660. This witness will be called to testify about the search of the cell he shared with Plaintiff (H.U. 6A-39) on November 1, 2011 and in March of 2012, by Defendant Brain D. Hall, the state or condition of the cell following the respective searches, and other pertinent facts.

Kimber Edwards, Reg. No. 1080733:

Potosi Correctional Center, 11593 State Highway O, Mineral Point, Missouri 63660. This witness will be called to testify about the July 1, 2012 and July 11, 2012 search of the cell he shared with Plaintiff (H.U. 5A-20), the circumstances of the respective searches and other relevant facts, as more particularly stated in his Declaration previously submitted to the Court.

Shelton Thurman, Reg. No. 1184766:

Potosi Correctional Center, 11593 State Highway O, Mineral Point, Missouri 63660. This witness may be called to testify about being issued a major conduct violation

Page 1 of 3

for dangerous contraband after a razor blade was found taped under his cell door in October 2014, and to testify about the disturbing circumstances surrounding that incident.

Roland Alfred, Reg. No. 172613:

Southeast Correctional Center, 300 E. Pedro Simmons Dr., Charleston, Missouri 63834. This witness may be called to testify about being harassed by Defendant Brian D. Hall in 2011 when he was at the Potosi Correctional Center in H.U. 5A-30 and his and/or his family complaints about it; the search of his cell by Defendant Hall and another officer wherein a razor blade was allegedly found taped under his cell door that he nor his cellie knew nothing about; resulting with him and his cellmate being issued major conduct violations for dangerous contraband and having to do several months in the hole; and additional relevant facts.

Respectfully submitted,

RONALD JORDAN, Plaintiff
Reg. No. 158420
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO.  63660

CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, this 22nd day of May, 2015, to:

Katherine S. Walsh
Assistant Attorney General
Old Post Office Building
P.O. Box 861
St. Louis, MO. 63188

(ATTORNEY FOR DEFENDANTS)

*Ronald Jordan*

Mr. Ronald Jordan, #158420   (5B-05)
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO.  63660

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

**MAILED FROM POTOSI CORRECTIONAL CENTER**



SAINT LOUIS MO 630

23 MAY 2015 PM 6 L

CLERK of Court
U.S. District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO.  63102

**RECEIVED**

**MAY 2 6 2015**

**BY MAIL**

6310211 2325