RECEIVED
JUN 0 5 2015
BY MAIL

FILED
JUN - 5 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RONALD JORDAN, )
        )
    Plaintiff, )
        )
vs.    )   Case No. 4:12-CV-2070 JCH
        )
BRIAN D. HALL, )
        )
    Defendant. )

PLAINTIFF'S TRIAL BRIEF

Plaintiff Ronald Jordan, appearing pro se, files his Trial Brief.

I.  Factual Background

Plaintiff, a prisoner in the Missouri Department of Corrections (MDOC), is currently incarcerated at the Potosi Correctional Center (PCC). Plaintiff has brought this action under 42 U.S.C. § 1983 seeking monetary and declaratory relief for violations of his rights under the United States Constitution. Plaintiff has alleged that his federal constitutional rights were violated by Defendant Hall.

Specifically, Plaintiff maintains that Defendant Hall retaliated against him when: (1) in August 2011, Defendant Hall singled out Plaintiff for a pat search and subsequently issued Plaintiff a false conduct violation for Theft and Contraband; (2) in November 2011, Defendant Hall went out of his way to single Plaintiff out for a cell search wherein he trashed the cell and improperly confiscated and destroyed Plaintiff's personal property; (3) in March 2012, Defendant Hall singled Plaintiff out for a cell search and trashed it; (4) in July 2012, Defendant Hall singled out Plaintiff for a cell search wherein dangerous contraband was allegedly found. There is no dispute the searches occurred. The dispute is only whether the searches were, in manner, in

Page 1 of 3

retaliation for Plaintiff's filing of numerous internal grievances against Defendant Hall.

II.   Factual Issues

The primary factual issue is whether the acts of issuing Plaintiff a false disciplinary charge, trashing Plaintiff's cell on more than one occasion, improperly confiscating and destroying Plaintiff's personal property, conducting an unnecessary cell search during which dangerous contraband was allegedly found, were retaliatory. That the aforesaid acts were improperly performed and inconsistent or outside the guidelines set by the MDOC, serves to belie any notion of legitimacy and good faith.

III.   Legal Issues

The primary legal issues will be whether Defendant Hall violated Plaintiff's First Amendment right to file grievances using the prison's established procedures by retaliating against Plaintiff when Plaintiff filed numerous grievances against Defendant Hall. The questions will be whether Plaintiff engaged in a protected activity; whether Defendant Hall took adverse action against Plaintiff that would chill a person of ordinary firmness from continuing the activity; and whether the adverse action was motivated at least in part by the exercise of the protected activity. Spencer v. Jackson County Mo., 738 F.3d 907, 911 (8th Cir. 2013).

Respectfully submitted,

*Ronald Jordan*
RONALD JORDAN, Plaintiff
Reg. No. 158420
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO.  63660

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, this __1st__ day of June, 2015, to:

Katherine S. Walsh
Assistant Attorney General
Old Post Office Building
P.O. Box 861
St. Louis, MO.  63188

(ATTORNEY FOR DEFENDANTS)

_Ronald Jordan_

Mr. Ronald Jordan, #158420   (5B-05)
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO.  63660



This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

**MAILED FROM
POTOSI
CORRECTIONAL CENTER**

CLERK of Court
U.S. District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO.  63102

**RECEIVED
JUN 0 5 2015
BY MAIL**

6310211 2325