# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RONALD JORDAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12-CV-2070-JCH |
| BRIAN D. HALL, et al., | ) ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of appeal [Doc. #240]. Plaintiff, a prisoner, has neither paid the appellate filing fee nor filed a motion for leave to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee **or** file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement.

**IT IS FURTHER ORDERED** that the Clerk shall send plaintiff a copy of the prisoner in forma pauperis form.

Dated this 6th day of October, 2015.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE